IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                                                          CASE NO.09-10386GVL1

BROWN, DAWSON ESTES
BROWN, JEAN WOODLEY                              CHAPTER 7

            Debtor(s)
_____/

## NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATED
## IN ACCORDANCE WITH 11 U.S.C. §347

Chapter 7 Trustee, Theresa M. Bender ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, U.S. Bankruptcy Court, of unclaimed funds as set forth in Exhibit A attached hereto.

                                        /s/ Theresa M. Bender
                                        THERESA M. BENDER
                                        CHAPTER 7 TRUSTEE
                                        Theresa M. Bender, P.A.
                                        Post Office Box 14557
                                        Tallahassee, FL  32317
                                        PH:  (850) 205-7777
                                        FL. Bar # 0749486
                                        Tmbenderch7@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATEDIN ACCORDANCE WITH 11 U.S.C. §347 has been served Electronically, or by U.S. Mail within two business days upon the following and the addressed identified in Exhibit A.

Office of the U.S. Trustee
110 E. Park Ave.
Suite 110
Tallahassee, FL. 32301


Dated: 1/2/2011                                 /s/ Theresa M. Bender

| Printed: 01/02/11 05:42 PM | **Stale Check Report** | Page: 1 |

**Trustee:** Theresa M. Bender, Trustee (290820)
**Case:**    09-10386GVL1  -  BROWN, DAWSON ESTES

| Account No. | Check No. | Issued | Payee | Check Amount |
|---|---|---|---|---|
| 9200-02657430-66 | 111 | 01/02/11 | Clerk, Northern District Bankruptcy Court | $527.52 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-02657430-66 | 10 | 106 | 10/30/09 | 610 | Florida Credit Union<br>c/o D. Tyler VAn Leuven, Esq.<br>POB 4128<br>Tallahassee, FL 32315 | 8,846.38 | 8,846.38 | 527.52 | 527.52 |

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.